

# D'Angelo Jones, LLP
## Attorneys at Law

May 10, 2016

Judge Pamela Pepper
United States Courthouse Room 271
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: USA vs. Khuong Thi Tran
Case No.: 16-CR-067

Dear Judge Pepper:

As the court is aware, I represent Khuong Tran with regard to the above-referenced matter, currently scheduled for a Change of Plea Hearing on June 7, 2016, at 1:30 p.m.

Unfortunately, however, I have a conflict with my calendar that precludes my appearance on June 7, 2016.

As such, I respectfully request that this matter be adjourned to a date and time that is mutually convenient to all parties.

Assistant US Attorney Stephen Ingraham has advised me that he has no objection to this request.

I sincerely apologize for any inconvenience this request may cause the court or the parties involved.

Thank you for your cooperation and consideration in this matter.

Very truly yours,

RYAN J HARRINGTON
Attorney at Law
RJH:jcs

cc: Assistant US Attorney Stephen Ingraham
Khuong Tran

CHRISTINE DAVIES D'ANGELO ~ RYAN J. HARRINGTON ~ REANNA C. GRABOW ~ ANDREA LAU
THOMAS R. JONES--OF COUNSEL ~ CHERYL A. BLENKER--OFFICE MANAGER

N14W23755 Stone Ridge Drive ~ Stone Ridge I-Suite 200 ~ Waukesha WI 53188 ~ 262-529-4321 Fax 262-523-4322 ~ www.dangelojones.com

Case 2:16-cr-00067-PP   Filed 05/11/16   Page 1 of 1   Document 3